IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA LAND, ) | |
| ) | Case No. 1:08-cv-01051 GSA |
| Plaintiff, ) | |
| ) | ORDER RE STIPULATION TO EXTEND |
| vs. ) | BRIEFING SCHEDULE |
| ) | (Document 15) |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Pursuant to the stipulation of the parties filed on December 30, 2008, Plaintiff is GRANTED an extension of time, until January 19, 2009, in which to serve her confidential brief.[1]  All remaining actions shall be extended accordingly and shall proceed under the time limit guidelines established in the scheduling order filed July 22, 2008.

    IT IS SO ORDERED.

    Dated:   **January 5, 2009**           /s/ **Gary S. Austin**
                                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The court construes Plaintiff's request for an extension of time to provide a settlement proposal as a request for an extension of time to provide Defendant with her confidential letter brief.