IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA LAND,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE, Commissioner Social Security,<br><br>        Defendant. | 1:08-cv-01051-GSA<br><br>ORDER RE STIPULATION TO DISMISS WITH PREJUDICE |

Based upon the parties' stipulation filed April 15, 2009, **IT IS ORDERED** that the above-captioned matter be dismissed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with prejudice. Each party shall bear his/her own costs and expenses, including but not limited to attorney fees under the Equal Access to Justice Act, 28 U.S.C. 2412(d).

IT IS SO ORDERED.

    Dated:   **April 15, 2009**            **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE